**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 24, 2005**
**By Fax**

Mr. Thomas H. McGowan
Provost Umphrey Law Firm, L.L.P.
1 Riverfront Place
Suite 605
North Little Rock, AR 72114                    501-374-4279

Mr. James A. Morris, Jr.
Provost Umphrey Law Firm, L.L.P.
490 Park Street
Post Office Box 4905
Beaumont, TX 77704-4905                        409-838-8888

    Re: *Bankston v. Wyeth, et al.*, 3:05-CV-00240-WRW

Dear Messieurs McGowan and Morris:

I may be borrowing trouble by reacting *sua sponte* to your recent Complaint, filed on October 18, 2005.

As you know, I have been complaining about generic, omnidirectional complaints which do not appear to meet even the liberal requirements of the Federal Rules of Civil Procedure. This particular complaint seems to be a classic example of what I have been complaining about.

If I am missing something, please disabuse me with a short letter/brief to be faxed to me, and the other appropriate recipients, by 5 p.m. this Halloween.

                                                          Boo,[1]

                                                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Lead and Liaison Counsel

---

    [1]In the spirit of the Halloween season.