IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 3:05CV00240 |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |
| | : | |
| VELBA SUE BANKSTON | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| WYETH, INC., et. al. | : | DEFENDANTS |

**ORDER**

Pending is Defendant Wyeth's Motion to Dismiss (Doc. No. 11). Plaintiff has responded (Doc. No. 13), and has requested leave to file an amended complaint.

Defendant asserts that the complaint should be dismissed because Plaintiff "does not allege to have ingested any particular hormone therapy drug."[1] In her response, Plaintiff admits that her complaint is an example of the "generic, omnidirectional complaints" with which I have previously expressed disfavor. Plaintiff requests permission to amend her complaint and has attached a copy of the proposed amended complaint. I have reviewed the proposed amended complaint and believe it sufficiently states claims against Defendants.

Accordingly, Defendants Motion to Dismiss is DENIED. Plaintiff's motion for leave to file an amended complaint is GRANTED, and Plaintiff is directed to file the amended complaint that was attached to her motion as Exhibit F by 5 p.m., Friday, January 13, 2006.

IT IS SO ORDERED this 4th day of January, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 13.